**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FERNANDO FIERRO, | ) | NO. CV 10-9711-GW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| URIBE DOMINGO JR., Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is dismissed without leave to amend, but without prejudice.

DATED: February 29, 2012.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE